LAW OFFICES OF
MICHAEL D. KWASIGROCH Esq. sbn#134227
1975 Royal Ave #4
Simi Valley CA 93065 p.805-522-1800
f.805-293-8665, attorneyforlife@aol.com

Attorneys for Debtor/Plaintiff
IRIS MARIE MIZELL SANDERS

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT

| | |
|---|---|
| In re: IRIS MARIE MIZELL SANDERS, | ) Bankruptcy Case No: **2:26-bk-10423-DS** |
| Debtor | ) Adv. Proc. No.: |
| IRIS MARIE MIZELL SANDERS, | ) Hon. Deborah Salzman |
| Plaintiff, | ) **ADVERSARY COMPLAINT FOR VIOLATION OF THE AUTOMATIC STAY AND FOR DAMAGES ATTONREY FEES AND PUNITIVE DAMAGES** |
| vs. | ) |
| SCOTT CAPITAL MANAGEMENT FUND 1 LLC; TOTAL LENDER SOLUTIONS INC, , BEN LEVINSON, LEVINSON LAW APC, AND DOES 1-50 | ) |
| Defendants. | ) |

~1~

ADVERSARY COMPLAINT

Plaintiff IRIS MARIE MIZELL SANDERS alleges as follows:

1. This is an adversary proceeding brought pursuant to 11 U.S.C. §§ 105, 502, 506, 510, 544, 547, and Fed. R. Bankr. P. 7001(2), (7), and (9).

2. Jurisdiction is proper under 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B), (K) and (O). Venue is proper in this district under 28 U.S.C. § 1409(a).

3. Plaintiff is the Debtor in the above-captioned bankruptcy case filed under Chapter 13.

4. Defendants and each of them purport to hold a lien on the property of debtor, or total lender solutions (TLS) claims the right on behalf of Scott Capital to foreclose.

5. Plaintiff is the owner of the real property located at 3900 Edgehill Dr. Los Angeles CA 90008, with apn no. **5033-007-022**, and legally described as set forth in the following paragraph 15. The subject property is the home of Plaintiff.

6. Legal Description of real property is: BOOK **192, page 10, TRACT # 9705 LOT 93, of maps in the office of the county recorder of the Los Angeles County TRACT # 9705 LOT 93.** This is Plaintiff's home.

7. Defendant SCOTT CAPITAL MANAGEMENT FUND 1, LLC., purports to hold a second trust deed or mortgage on the subject property. It is the servicer on the subject loan also.

8. Plaintiff is informed and believes that Ben Levinson is the attorney for Scott Capital that Plaintiff is informed and believes advised defendants to go ahead with a foreclosure sale on 4-1-26 against Plaintiffs home.

9. Plaintiff asserts she filed the within Bankruptcy within a year of a prior Bankruptcy, but that under 11 USC section 362 the automatic stay protecting property of the estate continued in effect in the within case through two today's date as the Said Bankruptcy case Said fourth above is still pending.

10. The foreclosure sale taking place on April 1, 2026 is a violation of the stay against property of the estate and a violation against the property rights of Plaintiff as the subject real property is her home and exempted under appropriate exemptions in this and all Bankruptcy cases.

11. Plaintiff has standing to bring this action under 11 USC-section 362 (k) for damages, attorneys fees, and costs, and punitive damages.

12. Plaintiff is suffering severe emotional distress over the purported loss of her home by the violative foreclosure sale conducted by defendants on April 1, 2026.

13. Plaintiff asserts the sale must be set aside under 9th Cir. In Re Schwartz, and its progeny as a void act in violation of the automatic stay.

14. Plaintiff asserts extensive damages for loss of her exempt equity,

**ADVERSARY COMPLAINT**

her home of long standing, emotional damages, attorney fees and punitive damages against all defendants.

15.    Defendants had full knowledge of the bankruptcy and so the actions of foreclosure are willful under statutory and case law definition.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

1. For rescission of the foreclosure and return of title to Plaintiff;

2. For cancellation of any recorded foreclosure deed;

3. For damages pursuant to proof including punitive damages;

4. For attorneys' fees pursuant to 11 usc 362 and Civil Code § 1717 and the contract;

5. For injunctive relief preventing foreclosure if the deed has not been recorded;

6. For treble damages and all other relief under 18 U.S.C. § 1964(c);

7. For such other relief as the Court deems just and proper.

Dated:      4-3-26

/s/ Michael D. Kwasigroch

_____

Michael D. Kwasigroch

Attorney for Plaintiff
IRIS MARIE MIZELL SANDERS

**ADVERSARY COMPLAINT**